B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Eastern District of Tennessee | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Goolsby, Tommy Joe Jr.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Goolsby, Teresa Ann** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA The Funnel Cake Company** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-9521** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-5305** |
| Street Address of Debtor (No. and Street, City, and State):<br>**416 Forrest Springs Drive**<br>**Gatlinburg, TN**    ZIP Code **37738** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**416 Forrest Springs Drive**<br>**Gatlinburg, TN**    ZIP Code **37738** |
| County of Residence or of the Principal Place of Business:<br>**Sevier** | County of Residence or of the Principal Place of Business:<br>**Sevier** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    *** John H. Fowler 01831 ***
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Goolsby, Tommy Joe Jr.**<br>**Goolsby, Teresa Ann** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ John H. Fowler**                         **March 26, 2010**<br>Signature of Attorney for Debtor(s)               (Date)<br>**John H. Fowler** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

   ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

   ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

          _____<br>          (Name of landlord that obtained judgment)

          _____<br>          (Address of landlord)

   ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Goolsby, Tommy Joe Jr.**

**Goolsby, Teresa Ann**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Tommy Joe Goolsby, Jr.**
Signature of Debtor  **Tommy Joe Goolsby, Jr.**

X  **/s/ Teresa Ann Goolsby**
Signature of Joint Debtor  **Teresa Ann Goolsby**

Telephone Number (If not represented by attorney)

**March 26, 2010**
Date

#### Signature of Attorney*

X  **/s/ John H. Fowler**
Signature of Attorney for Debtor(s)

**John H. Fowler 01831**
Printed Name of Attorney for Debtor(s)

**John H. Fowler**
Firm Name
**Attorney at Law**
**112 Bruce Street**
**Sevierville, TN 37862**

Address

**Email: johnfowlerlo@charter.net**
**865-428-3196  Fax: 865-428-7950**
Telephone Number

**March 26, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
### Eastern District of Tennessee

In re **Tommy Joe Goolsby, Jr.**
**Teresa Ann Goolsby**

Debtor(s)

Case No. _____

Chapter **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $7,732.24 | 2010 Employment |
| $4,890.92 | 2010 Gross Receipts (joint) |
| $24,180.00 | 2009 Employment (9859.00) gross receipts (65437.00) |
| $70,099.00 | 2008 Gross Receipts (joint) |

**2. Income other than from employment or operation of business**

None
■ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
☐ *Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Wells Fargo Home Mortgage** P.O. Box 660455 Dallas, TX 75266 | **Jan.-March** | **$5,043.00** | **$156,423.68** |
| **Wells Fargo Auto Finance** P.O. Box 29704 Phoenix, AZ 85038 | **Jan-March** | **$684.00** | **$8,105.30** |

None
■ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Eastman Credit Union vs.Tommy and Teresa Goolsby** **3378** | **Civil Warrant** | **Sevier County General Sessions** | **pending** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Capital One Bank vs. Tommy J. Goolsby 3614** | **Civil Warrant** | **Sevier County General Sessions** | **pending** |
| **Capital One Bank vs. Teresa Goolsby 3699** | **Civil Warrant** | **Sevier County General Sessions** | **pending** |
| **GE Money Bank/JC Penney's vs. Teresa Goolsby 4112** | **Civil Warrant** | **Sevier County General Sessions** | **pending** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Eastman Credit Union P.O. Box 1989 Kingsport, TN 37662** | **10/09** | **repo def. 2006 Dodge Ram $13,000** |
| **Knoxville TVA PO Box 15994 Knoxville, TN 37901** | **11/09** | **repo def. 2006 Kawaski $8,000** |

### 6. Assignments and receiverships

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **John H. Fowler Attorney at Law 112 Bruce Street Sevierville, TN 37862** | **3/10** | **$801.00** |

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **The Funnel Cake Co.** | **9521** | **631 Parkway, Suite A-8 Gatlinburg, TN 37738** | **Funnel Cakes** | **2003-present** |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Abrams Accounting 1114 Whirlaway Lane Seymour, TN 37865** | **2003-present** |

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Abrams Accounting** | **1114 Whirlaway Lane** |
| | **Seymour, TN 37865** |

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **March 26, 2010**     Signature **/s/ Tommy Joe Goolsby, Jr.**
**Tommy Joe Goolsby, Jr.**
Debtor

Date **March 26, 2010**     Signature **/s/ Teresa Ann Goolsby**
**Teresa Ann Goolsby**
Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Eastern District of Tennessee

In re    **Tommy Joe Goolsby, Jr.,**
       **Teresa Ann Goolsby**

                                                    Debtors

Case No. _____

Chapter _____ 7 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 177,400.00 | | |
| B - Personal Property | Yes | 3 | 8,175.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 194,590.27 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 2,400.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | 108,962.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 8,161.43 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 8,109.94 |
| Total Number of Sheets of ALL Schedules | | 32 | | | |
| | | Total Assets | 185,575.00 | | |
| | | Total Liabilities | | 305,952.27 | |

# United States Bankruptcy Court
## Eastern District of Tennessee

In re    **Tommy Joe Goolsby, Jr.,**                    Case No. _____
         **Teresa Ann Goolsby**

                                          Debtors     Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 2,400.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 2,400.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 8,161.43 |
| Average Expenses (from Schedule J, Line 18) | 8,109.94 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 1,848.58 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 11,765.27 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 2,400.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 108,962.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 120,727.27 |

In re   **Tommy Joe Goolsby, Jr.,**
        **Teresa Ann Goolsby**

Case No. _____

                               Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **house and land**<br>**Location: 416 Forrest Springs Drive, Gatlinburg TN 37738** | **Tenancy by Entirety** | **J** | **177,400.00** | **186,484.97** |

|  |  |  |
|---|---|---|
| Sub-Total > | **177,400.00** | (Total of this page) |
| Total > | **177,400.00** |  |

  **0**  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re    **Tommy Joe Goolsby, Jr.,**                                Case No. _____
               **Teresa Ann Goolsby**

                                      Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | business checking account with TN State Bank | J | 200.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | living room suite; dining room suite; bedroom suite; washer/dryer; refrig.; stove; microwave; 2 tv's; 2 dvd's; freezer; and small appliances | J | 600.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | books and pictures | J | 100.00 |
| 6. | Wearing apparel. | | clothing | J | 200.00 |
| 7. | Furs and jewelry. | | jewerly | J | 200.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | 2 guns and camera | J | 100.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

                                         Sub-Total >        **1,400.00**
                                         (Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

In re  **Tommy Joe Goolsby, Jr.,**
    **Teresa Ann Goolsby**
,

Case No. _____

Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

In re  **Tommy Joe Goolsby, Jr.,**                            Case No. _____
        **Teresa Ann Goolsby**

Debtors ,

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Chevy Colbat | J | 5,425.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | computer | J | 50.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | electric fryer; cooler; mixer; and misc. items | J | 1,000.00 |
| 30. Inventory. | | inventory | J | 100.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | lawnmower and various household tools | J | 200.00 |

|  |  |
|---|---:|
| Sub-Total > | 6,775.00 |
| (Total of this page) | |
| Total > | 8,175.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re    **Tommy Joe Goolsby, Jr.,**                 Case No. _____
        **Teresa Ann Goolsby**

_____,
                              Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                     $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **house and land** | **Tenn. Code Ann. § 26-2-301** | **7,500.00** | **177,400.00** |
| **Location: 416 Forrest Springs Drive, Gatlinburg TN 37738** | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **business checking account with TN State Bank** | **Tenn. Code Ann. § 26-2-103** | **200.00** | **200.00** |
| **Household Goods and Furnishings** | | | |
| **living room suite; dining room suite; bedroom suite; washer/dryer; refrig.; stove; microwave; 2 tv's; 2 dvd's; freezer; and small appliances** | **Tenn. Code Ann. § 26-2-103** | **600.00** | **600.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **books and pictures** | **Tenn. Code Ann. § 26-2-104** | **100.00** | **100.00** |
| **Wearing Apparel** | | | |
| **clothing** | **Tenn. Code Ann. § 26-2-104** | **200.00** | **200.00** |
| **Furs and Jewelry** | | | |
| **jewerly** | **Tenn. Code Ann. § 26-2-104** | **200.00** | **200.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **2 guns and camera** | **Tenn. Code Ann. § 26-2-103** | **100.00** | **100.00** |
| **Office Equipment, Furnishings and Supplies** | | | |
| **computer** | **Tenn. Code Ann. § 26-2-103** | **50.00** | **50.00** |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **electric fryer; cooler; mixer; and misc. items** | **Tenn. Code Ann. § 26-2-111(4)** | **1,000.00** | **1,000.00** |
| **Inventory** | | | |
| **inventory** | **Tenn. Code Ann. § 26-2-103** | **100.00** | **100.00** |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **lawnmower and various household tools** | **Tenn. Code Ann. § 26-2-103** | **200.00** | **200.00** |
| | | Total: **10,250.00** | **180,150.00** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

In re **Tommy Joe Goolsby, Jr.,**        Case No. _____
      **Teresa Ann Goolsby**

                                     Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **1160** | | | **Line of Credit** | | | | | |
| Creditor #: 1 **Tennessee State Bank** P.O. Box 1260 Pigeon Forge, TN 37868 | | J | **house and land** **Location: 416 Forrest Springs Drive, Gatlinburg TN 37738** | | | | | |
| | | | Value $         **177,400.00** | | | | 30,061.29 | 9,084.97 |
| Account No. **8900** | | | **Purchase Money Security** | | | | | |
| Creditor #: 2 **Wells Fargo Auto Finance** P.O. Box 29704 Phoenix, AZ 85038 | | J | **2005 Chevy Colbat** | | | | | |
| | | | Value $         **5,425.00** | | | | 8,105.30 | 2,680.30 |
| Account No. **6805** | | | **First Mortgage** | | | | | |
| Creditor #: 3 **Wells Fargo Home Mortgage** P.O. Box 660455 Dallas, TX 75266 | | J | **house and land** **Location: 416 Forrest Springs Drive, Gatlinburg TN 37738** | | | | | |
| | | | Value $         **177,400.00** | | | | 156,423.68 | 0.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

   **0**    continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 194,590.27 | 11,765.27 |
| Total (Report on Summary of Schedules) | 194,590.27 | 11,765.27 |

.

In re  **Tommy Joe Goolsby, Jr.,**          Case No. _____
       **Teresa Ann Goolsby**

_____,
                                                 Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                              ___1___  continuation sheets attached

In re    **Tommy Joe Goolsby, Jr.,**                Case No. _____
        **Teresa Ann Goolsby**

                                                     ,
                                   Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **0353** | | | child support | | | | | |
| **Creditor #: 1** **Gracie Goolsby** **2345 David Lewelling Drive** **Pigeon Forge, TN 37863** | | J | | | | | | 0.00 |
| | | | | | | | 2,400.00 | 2,400.00 |
| Account No. | | | | | | | | |
| **TN Child Support** **P.O. Box 305200** **Nashville, TN 37229** | | | Representing: **Gracie Goolsby** | | | | **Notice Only** | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet <u>1</u> of <u>1</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 / 2,400.00    2,400.00 |
| | Total (Report on Summary of Schedules) | 0.00 / 2,400.00    2,400.00 |

In re  **Tommy Joe Goolsby, Jr.,**　　　　　　　　　　　　　　　Case No. _____
　　　　**Teresa Ann Goolsby**
　　　　_____ ,
　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

　　　State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

　　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

　　　If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

　　　Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐　Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **1866** | | | | | services | | | | |
| **Creditor #: 1** **At&T** **P.O. Npx 105262** **Atlanta, GA 30348** | | | | J | | | | | 840.00 |
| Account No. | | | | | credit card | | | | |
| **Creditor #: 2** **Barclays Bank Delaware** **125 S West Street** **Wilmington, DE 19801** | | | | J | | | | | 1.00 |
| Account No. | | | | | credit card | | | | |
| **Creditor #: 3** **Bass Pro** **PO Box 960061** **Orlando, FL 32896** | | | | J | | | | | 2,000.00 |
| Account No. | | | | | credit card | | | | |
| **Creditor #: 4** **Belk** **Bankruptcy Department** **P.O. Box 103104** **Roswell, GA 30076** | | | | J | | | | | 1,803.00 |

___17___ continuation sheets attached

Subtotal
(Total of this page)　　　　4,644.00

In re **Tommy Joe Goolsby, Jr.,**                       Case No. _____
       **Teresa Ann Goolsby**

_____,
                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4711** | | | services | | | | |
| Creditor #: 5<br>**Blockbuster**<br>**C/O: NAFS**<br>**P.O. Box 9027**<br>**Buffalo, NY 14231** | | J | | | | | 25.00 |
| Account No. | | | collections | | | | |
| Creditor #: 6<br>**CAC Financial Corp**<br>**2601 NW Expressway St. Ste. 1000E**<br>**Oklahoma City, OK 73112** | | J | | | | | 1.00 |
| Account No. **3614** | | | Credit Card | | | | |
| Creditor #: 7<br>**Capital One**<br>**Bankruptcy Department**<br>**PO Box 5155**<br>**Norcross, GA 30091** | | J | | | | | 1,000.00 |
| Account No. | | | | | | | |
| **Buffaloe & Associates**<br>**Attorneys at Law**<br>**PO Box 190684**<br>**Nashville, TN 37219** | | | Representing:<br>Capital One | | | | Notice Only |
| Account No. | | | | | | | |
| **Sevier County General Sessions Court**<br>**125 Court Street**<br>**Civil Division**<br>**Sevierville, TN 37862** | | | Representing:<br>Capital One | | | | Notice Only |

Sheet no. __1__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal                       **1,026.00**
                             (Total of this page)

In re **Tommy Joe Goolsby, Jr.,**
     **Teresa Ann Goolsby**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5130** | | | Credit Card | | | | |
| Creditor #: 8<br>**Capital One**<br>**Bankruptcy Department**<br>**PO Box 5155**<br>**Norcross, GA 30091** | | J | | | | | **1,833.00** |
| Account No. | | | | | | | |
| **Alliance One**<br>**P.O. Box 3111**<br>**Southeastern, PA 19398** | | | Representing:<br>Capital One | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Capital Management Services**<br>**726 Exchange Street St 700**<br>**Buffalo, NY 14210** | | | Representing:<br>Capital One | | | | **Notice Only** |
| Account No. **3614** | | | Credit Card | | | | |
| Creditor #: 9<br>**Capital One**<br>**Bankruptcy Department**<br>**PO Box 5155**<br>**Norcross, GA 30091** | | J | | | | | **807.00** |
| Account No. | | | | | | | |
| **Buffaloe & Associates**<br>**Attorneys at Law**<br>**PO Box 190684**<br>**Nashville, TN 37219** | | | Representing:<br>Capital One | | | | **Notice Only** |

Sheet no. __2__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,640.00**

In re **Tommy Joe Goolsby, Jr.,**      Case No. _____
       **Teresa Ann Goolsby**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sevier County General Sessions Court**<br>**125 Court Street**<br>**Civil Division**<br>**Sevierville, TN 37862** | | | **Representing:**<br>**Capital One** | | | | **Notice Only** |
| Account No. **1171**<br><br>Creditor #: 10<br>**Capital One**<br>**Bankruptcy Department**<br>**PO Box 5155**<br>**Norcross, GA 30091** | | J | **Credit Card** | | | | **894.00** |
| Account No.<br><br>**Nathan & Nathan, PC**<br>**PO Box 1715**<br>**Birmingham, AL 35201-1715** | | | **Representing:**<br>**Capital One** | | | | **Notice Only** |
| Account No.<br><br>**Sevier County General Sessions Court**<br>**125 Court Street**<br>**Civil Division**<br>**Sevierville, TN 37862** | | | **Representing:**<br>**Capital One** | | | | **Notice Only** |
| Account No. **6812**<br><br>Creditor #: 11<br>**Capital One**<br>**Bankruptcy Department**<br>**PO Box 5155**<br>**Norcross, GA 30091** | | J | **Credit Card** | | | | **2,026.00** |

Sheet no. __3__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,920.00**

In re **Tommy Joe Goolsby, Jr.,**
 **Teresa Ann Goolsby**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Portfolio Recovery** <br>**PO Box 12914** <br>**Norfolk, VA 23541** | | | **Representing:** <br>**Capital One** | | | | **Notice Only** |
| Account No. **9464** <br><br>**Creditor #: 12** <br>**Capital One** <br>**Bankruptcy Department** <br>**PO Box 5155** <br>**Norcross, GA 30091** | | J | **Credit Card** | | | | **170.00** |
| Account No. **2644** <br><br>**Creditor #: 13** <br>**Carnival Sea Miles** <br>**PO Box 13337** <br>**Philadelphia, PA 19101** | | J | credit card | | | | **1,325.00** |
| Account No. **1067** <br><br>**Creditor #: 14** <br>**Chase** <br>**Cardmember Service** <br>**P.O. Box 94014** <br>**Palatine, IL 60094** | | J | credit card | | | | **3,525.00** |
| Account No. **4692** <br><br>**Creditor #: 15** <br>**Chase** <br>**Cardmember Service** <br>**P.O. Box 94014** <br>**Palatine, IL 60094** | | J | credit card | | | | **1,600.00** |

Sheet no. __4___ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,620.00**

In re **Tommy Joe Goolsby, Jr.,**
    **Teresa Ann Goolsby**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7419**<br><br>**Creditor #: 16**<br>**Chase**<br>**Cardmember Service**<br>**P.O. Box 94014**<br>**Palatine, IL 60094** | | J | credit card | | | | 4,150.00 |
| Account No. **3516**<br><br>**Creditor #: 17**<br>**Chase**<br>**Cardmember Service**<br>**P.O. Box 94014**<br>**Palatine, IL 60094** | | J | credit card | | | | 6,415.00 |
| Account No. **0648**<br><br>**Creditor #: 18**<br>**Cherokee Health Systems**<br>**Department 888182**<br>**Knoxville, TN 37995-0001** | | J | medical | | | | 334.00 |
| Account No.<br><br>**Creditor #: 19**<br>**Chevron**<br>**P.O. Box 503950**<br>**Atlanta, GA 30353** | | J | credit card | | | | 1.00 |
| Account No. **6781**<br><br>**Creditor #: 20**<br>**Citi Cards**<br>**Processing Center**<br>**Des Moines, IA 50363** | | J | credit card | | | | 3,288.00 |

Sheet no. __5__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,188.00

In re **Tommy Joe Goolsby, Jr.,**                   Case No. _____
      **Teresa Ann Goolsby**

_____,
                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1229** <br><br> **Creditor #: 21** <br>**Citibusiness Card** <br>**P.O. Box 688901** <br>**Des Moines, IA 50368** | | J | credit card | | | | 4,486.00 |
| Account No. <br><br> **United Recovery Systems** <br>**PO Box 722910** <br>**Houston, TX 77272** | | | Representing: <br>**Citibusiness Card** | | | | Notice Only |
| Account No. **8903** <br><br> **Creditor #: 22** <br>**Discover** <br>**PO Box 71084** <br>**Charlotte, NC 28272** | | J | credit card | | | | 2,250.00 |
| Account No. <br><br> **Capital Management Services** <br>**726 Exchange Street St 700** <br>**Buffalo, NY 14210** | | | Representing: <br>**Discover** | | | | Notice Only |
| Account No. **3378** <br><br> **Creditor #: 23** <br>**Eastman Credit Union** <br>**P.O. Box 1989** <br>**Kingsport, TN 37662** | | J | repo def. | | | | 14,400.00 |

Sheet no. __6__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **21,136.00**

In re  **Tommy Joe Goolsby, Jr.,**
      **Teresa Ann Goolsby**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Evan Hauser, Esquire** <br>**PO Box 9188** <br>**Knoxville, TN 37940** | | | Representing: <br>**Eastman Credit Union** | | | | **Notice Only** |
| Account No. <br><br>**Sevier County General Sessions Court** <br>**125 Court Street** <br>**Civil Division** <br>**Sevierville, TN 37862** | | | Representing: <br>**Eastman Credit Union** | | | | **Notice Only** |
| Account No. <br>**Creditor #: 24** <br>**Equable Ascent Financial LLC** <br>**1120 W. Lake Cook Road** <br>**Ste B** <br>**Buffalo Grove, IL 60089** | | J | collections | | | | **1.00** |
| Account No. **5895** <br>**Creditor #: 25** <br>**GE Money Bank** <br>**Bankruptcy Department** <br>**P.O. Box 103104** <br>**Roswell, GA 30076** | | J | credit card | | | | **1,804.00** |
| Account No. <br><br>**Mendelson Law Firm** <br>**PO Box 17235** <br>**Memphis, TN 38187-0235** | | | Representing: <br>**GE Money Bank** | | | | **Notice Only** |

Sheet no. __7__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,805.00**

In re **Tommy Joe Goolsby, Jr.,**　　　　　　　　　　　Case No. _____
　　　　**Teresa Ann Goolsby**
_____,
　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.**<br><br>**Midland Credit Management**<br>**P.O. Box 60578**<br>**Los Angeles, CA 90060** | | | | Representing:<br>GE Money Bank | | | | **Notice Only** |
| **Account No. 1569**<br>**Creditor #: 26**<br>**Goody's**<br>**PO Box 659704**<br>**San Antonio, TX 78265** | | J | | credit card | | | | **649.00** |
| **Account No.**<br><br>**Penncro Associates**<br>**P.O. Box 1878**<br>**Southampton, PA 18966** | | | | Representing:<br>Goody's | | | | **Notice Only** |
| **Account No. 9340**<br>**Creditor #: 27**<br>**HSBC**<br>**PO Box 5222**<br>**Carol Stream, IL 60197** | | J | | credit card | | | | **976.00** |
| **Account No.**<br><br>**Accounts Receivable Management**<br>**P.O. Box 129**<br>**Thorofare, NJ 08086** | | | | Representing:<br>HSBC | | | | **Notice Only** |

Sheet no. __8__ of __17__ sheets attached to Schedule of　　　　　Subtotal　　　　　**1,625.00**
Creditors Holding Unsecured Nonpriority Claims　　　　　(Total of this page)

In re    **Tommy Joe Goolsby, Jr.,**
        **Teresa Ann Goolsby**

Case No. _____

                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8848** <br> **Creditor #: 28** <br> **HSBC** <br> **PO Box 5222** <br> **Carol Stream, IL 60197** | | J | credit card | | | | **1,053.00** |
| Account No. <br><br> **Allied International Credit** <br> **100 East Shore Drive, 3rd Floor** <br> **Glen Allen, VA 23059** | | | Representing: HSBC | | | | **Notice Only** |
| Account No. <br><br> **MCM** <br> **P.O. Box 603** <br> **Oaks, PA 19456** | | | Representing: HSBC | | | | **Notice Only** |
| Account No. **0483** <br> **Creditor #: 29** <br> **HSBC** <br> **PO Box 5222** <br> **Carol Stream, IL 60197** | | J | credit card | | | | **900.00** |
| Account No. **5497** <br> **Creditor #: 30** <br> **HSBC Card Services** <br> **P.O. Box 5222** <br> **Carol Stream, IL 60197** | | J | credit card | | | | **1.00** |

Sheet no. \_\_**9**\_\_\_ of \_\_**17**\_\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **1,954.00**

In re  **Tommy Joe Goolsby, Jr.,**
    **Teresa Ann Goolsby**

Case No. _____

_____,
                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4112** | | | credit card | | | | |
| Creditor #: 31 JC Penney's Bankruptcy Dept. P.O. Box 103104 Roswell, GA 30076 | | J | | | | | 1,400.00 |
| Account No. | | | | | | | |
| GE Money Bank Bankruptcy Department P.O. Box 103104 Roswell, GA 30076 | | | Representing: JC Penney's | | | | Notice Only |
| Account No. | | | | | | | |
| Mendelson Law Firm PO Box 17235 Memphis, TN 38187-0235 | | | Representing: JC Penney's | | | | Notice Only |
| Account No. | | | | | | | |
| Sevier County General Sessions Court 125 Court Street Civil Division Sevierville, TN 37862 | | | Representing: JC Penney's | | | | Notice Only |
| Account No. | | | credit card | | | | |
| Creditor #: 32 Kirklands PO Box 960003 Orlando, FL 32896 | | J | | | | | 1.00 |

Sheet no. __10__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **1,401.00**

In re **Tommy Joe Goolsby, Jr.,**
    **Teresa Ann Goolsby**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 33**<br>**Knox TVA Credit Union**<br>**P.O. Box 15994**<br>**Knoxville, TN 37901** | | J | charged off account | | | | 1.00 |
| Account No.<br>**Creditor #: 34**<br>**Knoxville TVA**<br>**PO Box 15994**<br>**Knoxville, TN 37901** | | J | repo def. | | | | 4,000.00 |
| Account No. **6231**<br>**Creditor #: 35**<br>**Laboratory Corporation of America**<br>**PO Box 2240**<br>**Burlington, NC 27216** | | J | services | | | | 115.00 |
| Account No.<br>**Creditor #: 36**<br>**LeConte Women's Healthcare Associates**<br>**715 Middle Creek Road**<br>**Sevierville, TN 37862** | | J | medical services | | | | 115.00 |
| Account No.<br>**LCA Collections**<br>**PO Box 2240**<br>**Burlington, NC 27216** | | | **Representing:**<br>**LeConte Women's Healthcare Associates** | | | | **Notice Only** |

Sheet no. __11__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,231.00**

In re   **Tommy Joe Goolsby, Jr.,**
       **Teresa Ann Goolsby**

Case No. _____

_____ ,
                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4263** <br><br>**Creditor #: 37** <br>**Lowe's** <br>**Bankruptcy Department** <br>**P.O. Box 103104** <br>**Roswell, GA 30076** | | J | **Credit Card** | | | | 461.00 |
| Account No. **2517** <br><br>**Creditor #: 38** <br>**Lowe's** <br>**Bankruptcy Department** <br>**P.O. Box 103104** <br>**Roswell, GA 30076** | | J | **Credit Card** | | | | 1,204.00 |
| Account No. <br><br>**Credit Control, LLC** <br>**P.O. Box 248** <br>**Hazelwood, MO 63042** | | | Representing: <br>Lowe's | | | | Notice Only |
| Account No. **3371** <br><br>**Creditor #: 39** <br>**MBNA America Bank** <br>**PO Box 17054** <br>**Wilmington, DE 19884** | | J | credit card | | | | 11,507.00 |
| Account No. <br><br>**Tate & Kirlin, Associates** <br>**2810 Southampton Road** <br>**Philadelphia, PA 19154** | | | Representing: <br>MBNA America Bank | | | | Notice Only |

Sheet no. \_\_**12**\_\_ of \_\_**17**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,172.00

In re   **Tommy Joe Goolsby, Jr.,**
      **Teresa Ann Goolsby**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Creditor #: 40** <br> **Old Navy** <br> **Po Box 530942** <br> **Atlanta, GA 30353** | | J | **Credit Card** | | | | 1.00 |
| Account No. **5404** <br> **Creditor #: 41** <br> **Sam's Club** <br> **PO Box 530942** <br> **Atlanta, GA 30353** | | J | credit card | | | | 1,083.00 |
| Account No. **3880** <br> **Creditor #: 42** <br> **Shell Card Center** <br> **P.O. Box 689151** <br> **Des Moines, IA 50368** | | J | credit card | | | | 223.00 |
| Account No. <br> **Creditor #: 43** <br> **Spiegel Charge** <br> **PO Box 5811** <br> **Hicksville, NY 11802** | | J | credit card | | | | 1.00 |
| Account No. **1662** <br> **Creditor #: 44** <br> **Target** <br> **PO Box 59317** <br> **Minneapolis, MN 55459** | | J | credit card | | | | 5,029.00 |

Sheet no. __13__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)    6,337.00

In re   **Tommy Joe Goolsby, Jr.,**
       **Teresa Ann Goolsby**

                                      Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Leading Edge Recovery**<br>**5440 N. Cumberland Ave Ste 300**<br>**Chicago, IL 60656** | | | Representing:<br>**Target** | | | | **Notice Only** |
| Account No. **8934** <br><br>**Creditor #: 45**<br>**Target National Bank**<br>**Po Box 59317**<br>**Minneapolis, MN 55459** | | J | credit card | | | | **1,231.00** |
| Account No. <br><br>**NCO Financial Systems**<br>**PO Box 15740**<br>**Wilmington, DE 19850** | | | Representing:<br>**Target National Bank** | | | | **Notice Only** |
| Account No. <br><br>**Creditor #: 46**<br>**Tennessee State Bank**<br>**P.O. Box 1260**<br>**Pigeon Forge, TN 37868** | X | J | co-signer obligation | | | | **400.00** |
| Account No. **9521** <br><br>**Creditor #: 47**<br>**Tennessee Student Assistance Corp.**<br>**Tennessee Attorney General's Office**<br>**Bk. Unit**<br>**426 5th Avenue, 2nd Floor**<br>**Nashville, TN 37243-0489** | X | J | student loan | | | | **10,025.00** |

Sheet no. __**14**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

          Subtotal
    (Total of this page)

**11,656.00**

In re **Tommy Joe Goolsby, Jr.,**
     **Teresa Ann Goolsby**

Case No. _____

                                  ,
                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **0001** | | | | | services | | | | |
| **Creditor #: 48**<br>**Verizon Wireless**<br>**PO Box 660108**<br>**Dallas, TX 75266** | | | J | | | | | | 500.00 |
| Account No. | | | | | | | | | |
| **CBCS**<br>**P.O. Box 163250**<br>**Columbus, OH 43216** | | | | | Representing:<br>Verizon Wireless | | | | Notice Only |
| Account No. | | | | | credit card | | | | |
| **Creditor #: 49**<br>**Wachovia**<br>**P.O. Box 3000**<br>**Winterville, NC 28590** | | | J | | | | | | 1.00 |
| Account No. **4413** | | | | | credit card | | | | |
| **Creditor #: 50**<br>**Wal-Mart**<br>**PO Box 530927**<br>**Atlanta, GA 30353** | | | J | | | | | | 750.00 |
| Account No. **3516** | | | | | credit card | | | | |
| **Creditor #: 51**<br>**Washington Mutual Card Services**<br>**P.O. Box 660487**<br>**Dallas, TX 75266** | | | J | | | | | | 5,893.00 |

Sheet no. __15__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,144.00

In re   **Tommy Joe Goolsby, Jr.,**
        **Teresa Ann Goolsby**

Case No. _____

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4841** <br><br> **Creditor #: 52** <br> **Wells Fargo Financial Cards** <br> **P.O. Box 98791** <br> **Las Vegas, NV 89193** | | J | credit card | | | | 3,500.00 |
| Account No. **1477** <br><br> **Creditor #: 53** <br> **Wells Fargo Financial National Bank** <br> **800 Walnut Street, F4030-04C** <br> **Des Moines, IA 50309** | | J | signature loan | | | | 1,063.00 |
| Account No. **5854** <br><br> **Creditor #: 54** <br> **WFNNB** <br> **Bankruptcy Department** <br> **PO Box 182125** <br> **Columbus, OH 43218** | | J | credit card | | | | 500.00 |
| Account No. **5167** <br><br> **Creditor #: 55** <br> **WFNNB-Victoria's Secret** <br> **P.O. Box 659728** <br> **San Antonio, TX 78265** | | J | credit card | | | | 700.00 |
| Account No. **1569** <br><br> **Creditor #: 56** <br> **World Financial Network National Bank** <br> **Bankruptcy Department** <br> **PO Box 182125** <br> **Columbus, OH 43218** | | J | credit card | | | | 700.00 |

Husband, Wife, Joint, or Community

Sheet no. __16__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,463.00**

In re  **Tommy Joe Goolsby, Jr.,**
    **Teresa Ann Goolsby**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Goody's** **PO Box 659704** **San Antonio, TX 78265** | | | Representing: **World Financial Network National Bank** | | | | **Notice Only** |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. \_\_**17**\_\_ of \_\_**17**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | **0.00** |
|---|---|---|
|  | Total (Report on Summary of Schedules) | **108,962.00** |

In re    **Tommy Joe Goolsby, Jr.,**                            Case No. _____
        **Teresa Ann Goolsby**

Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

�■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

 

**0**     \_\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re **Tommy Joe Goolsby, Jr.,**
    **Teresa Ann Goolsby**

Case No. _____

Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Kristina Houser**<br>**245 Delta Way**<br>**Sevierville, TN 37862** | **Tennessee State Bank**<br>**P.O. Box 1260**<br>**Pigeon Forge, TN 37868** |
| **Marisol Goolsby**<br>**2345 David Lewelling Drive**<br>**Pigeon Forge, TN 37863** | **Tennessee Student Assistance Corp.**<br>**Tennessee Attorney General's Office**<br>**Bk. Unit**<br>**426 5th Avenue, 2nd Floor**<br>**Nashville, TN 37243-0489** |

**0**
\_\_\_\_\_ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re | **Tommy Joe Goolsby, Jr.**
**Teresa Ann Goolsby**

Debtor(s)

Case No. _____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| **Employment:** * | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Field Supervisor & Self Employed** | **Self Employed** |
| Name of Employer | **Charlotte Regional Census Center** | |
| How long employed | **1 year** | |
| Address of Employer | **3701 Arco Corporate Drive**<br>**Charlotte, NC 28273** | |
| ***See Attachment for Additional Employment Information** | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | | SPOUSE | |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 2,473.25 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 2,473.25 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 153.40 | $ | 0.00 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 153.40 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 2,319.85 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 5,841.58 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance<br>(Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income<br>(Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 5,841.58 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 2,319.85 | $ | 5,841.58 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | 8,161.43 | | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**B6I (Official Form 6I) (12/07)**

In re  **Tommy Joe Goolsby, Jr.**
     **Teresa Ann Goolsby**
                                    Case No. _____
                    Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Attachment for Additional Employment Information

| Debtor | | |
|---|---|---|
| Occupation | **Recruiter** | |
| Name of Employer | **Charlotte Regional Census Center** | |
| How long employed | **1 year** | |
| Address of Employer | **3701 Arco Coporate Drive, Suite 250 Charlotte, NC 28273** | |

B6J (Official Form 6J) (12/07)

In re **Tommy Joe Goolsby, Jr.**
**Teresa Ann Goolsby**
Debtor(s)

Case No. _____

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,680.47 |
| a. Are real estate taxes included? Yes **X** No ___ | | |
| b. Is property insurance included? Yes **X** No ___ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 225.00 |
| b. Water and sewer | $ | 25.00 |
| c. Telephone | $ | 30.00 |
| d. Other  **See Detailed Expense Attachment** | $ | 380.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 25.00 |
| 6. Laundry and dry cleaning | $ | 30.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 112.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 227.84 |
| b. Other  **TN State Bank (2nd mortgage)** | $ | 241.62 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 4,433.01 |
| 17. Other | $ | 0.00 |
| Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 8,109.94 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| 20. STATEMENT OF MONTHLY NET INCOME | | |
|---|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ | 8,161.43 |
| b. Average monthly expenses from Line 18 above | $ | 8,109.94 |
| c. Monthly net income (a. minus b.) | $ | 51.49 |

In re    **Tommy Joe Goolsby, Jr.**
         **Teresa Ann Goolsby**                                      Case No. _____
                              Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| cell phone | $ | 200.00 |
| cable & internet | $ | 180.00 |
| **Total Other Utility Expenditures** | $ | **380.00** |

# United States Bankruptcy Court
## Eastern District of Tennessee

In re   **Tommy Joe Goolsby, Jr.**
       **Teresa Ann Goolsby**
                                  Debtor(s)

Case No.

Chapter   **7**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS  (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

### PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

1. Gross Income For 12 Months Prior to Filing:            $      **70,099.00**

### PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

2. Gross Monthly Income                $      **5,841.58**

### PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) | $ | **0.00** |
| 4. Payroll Taxes | | **0.00** |
| 5. Unemployment Taxes | | **0.00** |
| 6. Worker's Compensation | | **0.00** |
| 7. Other Taxes | | **0.00** |
| 8. Inventory Purchases (Including raw materials) | | **705.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | **0.00** |
| 10. Rent (Other than debtor's principal residence) | | **1,800.00** |
| 11. Utilities | | **700.00** |
| 12. Office Expenses and Supplies | | **0.00** |
| 13. Repairs and Maintenance | | **125.50** |
| 14. Vehicle Expenses | | **516.17** |
| 15. Travel and Entertainment | | **0.00** |
| 16. Equipment Rental and Leases | | **6.00** |
| 17. Legal/Accounting/Other Professional Fees | | **138.33** |
| 18. Insurance | | **161.92** |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | **0.00** |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **Bank Fees** | **14.00** |
| **Linens** | **1.83** |
| **Credit Card Processing Fees** | **68.59** |
| **Dues and Subscriptions** | **124.75** |
| **Advertising** | **70.92** |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|

22. Total Monthly Expenses (Add items 3-21)        $      **4,433.01**

### PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)        $      **1,408.57**

# United States Bankruptcy Court
### Eastern District of Tennessee

In re    **Tommy Joe Goolsby, Jr.**
**Teresa Ann Goolsby**
_____
Debtor(s)

Case No. _____
Chapter    **7** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **34**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **March 26, 2010**     Signature    **/s/ Tommy Joe Goolsby, Jr.**
                                                    **Tommy Joe Goolsby, Jr.**
                                                    Debtor

Date   **March 26, 2010**     Signature    **/s/ Teresa Ann Goolsby**
                                                    **Teresa Ann Goolsby**
                                                    Joint Debtor

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Tennessee

In re    **Tommy Joe Goolsby, Jr.**
       **Teresa Ann Goolsby**

                         Debtor(s)

Case No. _____

Chapter    **7**_____

# VERIFICATION OF CREDITOR MATRIX

The above Debtor(s) hereby verifies under the penalty of perjury under the laws of the United States of America that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **March 26, 2010**

          **/s/ Tommy Joe Goolsby, Jr.**
          **Tommy Joe Goolsby, Jr.**
          Signature of Debtor

Date:  **March 26, 2010**

          **/s/ Teresa Ann Goolsby**
          **Teresa Ann Goolsby**
          Signature of Debtor

I,     **John H. Fowler**    , counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of   **9**   page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date:  **March 26, 2010**

          **/s/ John H. Fowler**
          Signature of Attorney
          **John H. Fowler**
          **John H. Fowler**
          **Attorney at Law**
          **112 Bruce Street**
          **Sevierville, TN 37862**
          **865-428-3196  Fax: 865-428-7950**

Accounts Receivable Management
Acct No 9340
P.O. Box 129
Thorofare, NJ 08086

Alliance One
Acct No 5130
P.O. Box 3111
Southeastern, PA 19398

Allied International Credit
Acct No 8848
100 East Shore Drive, 3rd Floor
Glen Allen, VA 23059

At&T
Acct No 1866
P.O. Npx 105262
Atlanta, GA 30348

Barclays Bank Delaware
125 S West Street
Wilmington, DE 19801

Bass Pro
PO Box 960061
Orlando, FL 32896

Belk
Bankruptcy Department
P.O. Box 103104
Roswell, GA 30076

Blockbuster
Acct No 4711
C/O: NAFS
P.O. Box 9027
Buffalo, NY 14231

Buffaloe & Associates
Acct No 3614
Attorneys at Law
PO Box 190684
Nashville, TN 37219

Buffaloe & Associates
Acct No 3614
Attorneys at Law
PO Box 190684
Nashville, TN 37219

CAC Financial Corp
2601 NW Expressway St. Ste. 1000E
Oklahoma City, OK 73112

```
Capital Management Services
Acct No 8903
726 Exchange Street St 700
Buffalo, NY 14210

Capital Management Services
Acct No 5130
726 Exchange Street St 700
Buffalo, NY 14210

Capital One
Acct No 3614
Bankruptcy Department
PO Box 5155
Norcross, GA 30091

Capital One
Acct No 5130
Bankruptcy Department
PO Box 5155
Norcross, GA 30091

Capital One
Acct No 3614
Bankruptcy Department
PO Box 5155
Norcross, GA 30091

Capital One
Acct No 1171
Bankruptcy Department
PO Box 5155
Norcross, GA 30091

Capital One
Acct No 6812
Bankruptcy Department
PO Box 5155
Norcross, GA 30091

Capital One
Acct No 9464
Bankruptcy Department
PO Box 5155
Norcross, GA 30091

Carnival Sea Miles
Acct No 2644
PO Box 13337
Philadelphia, PA 19101

CBCS
Acct No 0001
P.O. Box 163250
Columbus, OH 43216
```

Chase
Acct No 1067
Cardmember Service
P.O. Box 94014
Palatine, IL 60094

Chase
Acct No 4692
Cardmember Service
P.O. Box 94014
Palatine, IL 60094

Chase
Acct No 7419
Cardmember Service
P.O. Box 94014
Palatine, IL 60094

Chase
Acct No 3516
Cardmember Service
P.O. Box 94014
Palatine, IL 60094

Cherokee Health Systems
Acct No 0648
Department 888182
Knoxville, TN 37995-0001

Chevron
P.O. Box 503950
Atlanta, GA 30353

Citi Cards
Acct No 6781
Processing Center
Des Moines, IA 50363

Citibusiness Card
Acct No 1229
P.O. Box 688901
Des Moines, IA 50368

Credit Control, LLC
Acct No 2517
P.O. Box 248
Hazelwood, MO 63042

Discover
Acct No 8903
PO Box 71084
Charlotte, NC 28272

```
Eastman Credit Union
Acct No 3378
P.O. Box 1989
Kingsport, TN 37662

Equable Ascent Financial LLC
1120 W. Lake Cook Road
Ste B
Buffalo Grove, IL 60089

Evan Hauser, Esquire
Acct No 3378
PO Box 9188
Knoxville, TN 37940

GE Money Bank
Acct No 5895
Bankruptcy Department
P.O. Box 103104
Roswell, GA 30076

GE Money Bank
Acct No 4112
Bankruptcy Department
P.O. Box 103104
Roswell, GA 30076

Goody's
Acct No 1569
PO Box 659704
San Antonio, TX 78265

Goody's
Acct No 1569
PO Box 659704
San Antonio, TX 78265

Gracie Goolsby
Acct No 0353
2345 David Lewelling Drive
Pigeon Forge, TN 37863

HSBC
Acct No 9340
PO Box 5222
Carol Stream, IL 60197

HSBC
Acct No 8848
PO Box 5222
Carol Stream, IL 60197
```

```
HSBC
Acct No 0483
PO Box 5222
Carol Stream, IL 60197

HSBC Card Services
Acct No 5497
P.O. Box 5222
Carol Stream, IL 60197

JC Penney's
Acct No 4112
Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076

Kirklands
PO Box 960003
Orlando, FL 32896

Knox TVA Credit Union
P.O. Box 15994
Knoxville, TN 37901

Knoxville TVA
PO Box 15994
Knoxville, TN 37901

Kristina Houser
245 Delta Way
Sevierville, TN 37862

Laboratory Corporation of America
Acct No 6231
PO Box 2240
Burlington, NC 27216

LCA Collections
PO Box 2240
Burlington, NC 27216

Leading Edge Recovery
Acct No 1662
5440 N. Cumberland Ave Ste 300
Chicago, IL 60656

LeConte Women's Healthcare Associates
715 Middle Creek Road
Sevierville, TN 37862

Lowe's
Acct No 4263
Bankruptcy Department
P.O. Box 103104
Roswell, GA 30076
```

```
Lowe's
Acct No 2517
Bankruptcy Department
P.O. Box 103104
Roswell, GA 30076

Marisol Goolsby
2345 David Lewelling Drive
Pigeon Forge, TN 37863

MBNA America Bank
Acct No 3371
PO Box 17054
Wilmington, DE 19884

MCM
Acct No 8848
P.O. Box 603
Oaks, PA 19456

Mendelson Law Firm
Acct No 4112
PO Box 17235
Memphis, TN 38187-0235

Mendelson Law Firm
Acct No 5895
PO Box 17235
Memphis, TN 38187-0235

Midland Credit Management
Acct No 5895
P.O. Box 60578
Los Angeles, CA 90060

Nathan & Nathan, PC
Acct No 1171
PO Box 1715
Birmingham, AL 35201-1715

NCO Financial Systems
Acct No 8934
PO Box 15740
Wilmington, DE 19850

Old Navy
Po Box 530942
Atlanta, GA 30353

Penncro Associates
Acct No 1569
P.O. Box 1878
Southampton, PA 18966
```

```
Portfolio Recovery
Acct No 6812
PO Box 12914
Norfolk, VA 23541

Sam's Club
Acct No 5404
PO Box 530942
Atlanta, GA 30353

Sevier County General Sessions Court
Acct No 3614
125 Court Street
Civil Division
Sevierville, TN 37862

Sevier County General Sessions Court
Acct No 3378
125 Court Street
Civil Division
Sevierville, TN 37862

Sevier County General Sessions Court
Acct No 4112
125 Court Street
Civil Division
Sevierville, TN 37862

Sevier County General Sessions Court
Acct No 3614
125 Court Street
Civil Division
Sevierville, TN 37862

Sevier County General Sessions Court
Acct No 1171
125 Court Street
Civil Division
Sevierville, TN 37862

Shell Card Center
Acct No 3880
P.O. Box 689151
Des Moines, IA 50368

Spiegel Charge
PO Box 5811
Hicksville, NY 11802

Target
Acct No 1662
PO Box 59317
Minneapolis, MN 55459
```

Target National Bank
Acct No 8934
Po Box 59317
Minneapolis, MN 55459

Tate & Kirlin, Associates
Acct No 3371
2810 Southampton Road
Philadelphia, PA 19154

Tennessee State Bank
Acct No 1160
P.O. Box 1260
Pigeon Forge, TN 37868

Tennessee State Bank
P.O. Box 1260
Pigeon Forge, TN 37868

Tennessee Student Assistance Corp.
Acct No 9521
Tennessee Attorney General's Office
Bk. Unit
426 5th Avenue, 2nd Floor
Nashville, TN 37243-0489

TN Child Support
Acct No 0353
P.O. Box 305200
Nashville, TN 37229

United Recovery Systems
Acct No 1229
PO Box 722910
Houston, TX 77272

Verizon Wireless
Acct No 0001
PO Box 660108
Dallas, TX 75266

Wachovia
P.O. Box 3000
Winterville, NC 28590

Wal-Mart
Acct No 4413
PO Box 530927
Atlanta, GA 30353

Washington Mutual Card Services
Acct No 3516
P.O. Box 660487
Dallas, TX 75266

```
Wells Fargo Auto Finance
Acct No 8900
P.O. Box 29704
Phoenix, AZ 85038

Wells Fargo Financial Cards
Acct No 4841
P.O. Box 98791
Las Vegas, NV 89193

Wells Fargo Financial National Bank
Acct No 1477
800 Walnut Street, F4030-04C
Des Moines, IA 50309

Wells Fargo Home Mortgage
Acct No 6805
P.O. Box 660455
Dallas, TX 75266

WFNNB
Acct No 5854
Bankruptcy Department
PO Box 182125
Columbus, OH 43218

WFNNB-Victoria's Secret
Acct No 5167
P.O. Box 659728
San Antonio, TX 78265

World Financial Network National Bank
Acct No 1569
Bankruptcy Department
PO Box 182125
Columbus, OH 43218
```

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TENNESSEE

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

# United States Bankruptcy Court
### Eastern District of Tennessee

| | | | |
|---|---|---|---|
| In re | **Tommy Joe Goolsby, Jr.** | Case No. | |
| | **Teresa Ann Goolsby** | | |
| | Debtor(s) | Chapter | **7** |

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **Tommy Joe Goolsby, Jr.** | X **/s/ Tommy Joe Goolsby, Jr.**        **March 26, 2010** |
| **Teresa Ann Goolsby** | |
| Printed Name(s) of Debtor(s) | Signature of Debtor               Date |
| | |
| Case No. (if known) _____ | X **/s/ Teresa Ann Goolsby**        **March 26, 2010** |
| | Signature of Joint Debtor (if any)        Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy